O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONALD RENFRO, III,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>　　　　Defendants. | Case No. 5:21-cv-01414-JGB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Third Amended Complaint (Dkt. 14) filed by Plaintiff Donald Renfro, III ("Plaintiff"); the Order Regarding Third Amended Complaint (Dkt. 22); Orders Dismissing/Confirming Dismissal of Claims Against Magistrate Judge with prejudice (Dkt. 10, 20); Order Severing Claim(s) asserted against the undersigned (Dkt. 19); Plaintiff's Notice of Election stating Plaintiff's intention to proceed solely as to a Fourteenth Amendment due process claim against "Dep. Menoz" (Dkt. 24); Process Receipts and Returns regarding attempts at service filed by the U.S. Marshal Service (Dkt. 45, 57); Plaintiff's Motion for Leave to Amend Notice of Election to amend the reference to "Dep. Menoz" to "Dep. S. Moreno," (Dkt.

50); Order re Motion to Amend Notice of Election (Dkt. 51); Order to Show Cause re Service (Dkt. 58); and the Report and Recommendation of the assigned Magistrate Judge (Dkt. 61, "Report"). Plaintiff did not file timely objections to the Report or seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

(1) The Third Amended Complaint is DISMISSED without prejudice as to Plaintiff's Fourteenth Amendment due process claim against Dep. Menoz/Dep. S. Moreno and with prejudice as to all other non-severed claims; and

(2) Judgment shall be entered dismissing this action in accordance with the foregoing.

IT IS SO ORDERED.

Dated: February 27, 2023

JESUS G. BERNAL
United States District Judge