JS-6
O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DONALD RENFRO, III,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY DETENTION CENTER, et al.,<br><br>    Defendants. | Case No. 5:21-cv-01414-JGB-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED Plaintiff Donald Renfro, III's Fourteenth Amendment due process claim against Dep. Menoz/Dep. S. Moreno asserted in the Third Amended Complaint is DISMISSED without prejudice, and all other non-severed claims asserted by Plaintiff in this action are DISMISSED with prejudice.

Dated:  February 27, 2023

JESUS G. BERNAL
United States District Judge